UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KAREEM SHAW,<br><br>　　Petitioner,<br><br>v.<br><br>E. RARDIN,<br><br>　　Respondent. | Case No.　25-cv-10209<br><br>Honorable Denise Page Hood |

## JUDGMENT

In accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the Petition for a Writ of Habeas Corpus is **DENIED** and **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　KINIKIA D. ESSIX
　　　　　　　　　　　　　　　　　　　　　CLERK OF THE COURT

APPROVED BY:　　　　　　　　　　　　　By: <u>LaShawn Saulsberry</u>
　　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK

<u>S/DENISE PAGE HOOD</u>
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

Dated:　January 30, 2026